UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REPUBLIC OF PANAMA,

    Petitioner,

Case No. 8:12-CV-1647-T-17MAP

v.

JAIME JURADO and
NATIONS ENERGY
CORPORATION,

    Respondents.

-----------------------------------------/

ORDER ENTERING JUDGMENT

This matter comes before the Court on the notice of dismissal of bankruptcy cases and request for entry of judgment (Dkt. 17) of the Republic of Panama to confirm and enforce an ICSID arbitration award pursuant to 22 U.S.C. § 1650a. After considering the notice and request, and being sufficiently advised, the Court is of the opinion that the request should be granted as set forth below. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The November 24, 2010 arbitration award in ICSID Case No. ARB/06/19 in favor of Panama and against each of Respondents Jurado and Nations, in the reduced amount of US $3,912,219.17, is hereby **confirmed and enforced**;

2. Panama **is awarded** the sum of US $3,912,219.17 plus such post-judgment interest as provided for in 28 U.S.C. § 1961; and

3. Panama **is awarded** its costs in this action, including reasonable attorneys' fees and disbursements; and

Case No. 8:12-CV-1647-T-17MAP

4. the Clerk of the Court is hereby directed to enter judgment in accordance with this Order, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, on this 13th day of June, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Scott A. Underwood, Esq.
Whitney Debevoise, Esq.
Leon Alva Williamson, Jr.